Certificate Number: 03621-PAE-DE-031759565

Bankruptcy Case Number: 18-15006



03621-PAE-DE-031759565

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 15, 2018, at 8:30 o'clock AM EDT, Bryan Glass completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 15, 2018

By:  /s/Wafaa Elmaaroufi

Name:  Wafaa Elmaaroufi

Title:  Credit Counselor